# KML LAW GROUP, P.C.

MICHAEL T. MCKEEVER*
LISA A. LEE*
KRISTINA G. MURTHA*
THOMAS I. PULEO
DAVID B. FEIN*
BRIAN C. NICHOLAS*
LAUREN BERSCHLER KARL*
*PA & NJ BAR

ATTORNEYS AT LAW

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

WWW.KMLLAWGROUP.COM

JILL P. JENKINS*
ALYK L. OFLAZIAN*
COLLEEN M. HIRST*
PAUL W. LUONGO*
CAITLIN M. DONNELLY*
VICTORIA W. CHEN*
MATTHEW K. FISSEL*
MICHAEL J. CLARK*
NICHOLAS J. ZABALA*
REBECCA A. SOLARZ*
NORA C. VIGGIANO*
DENISE CARLON
JAMES WARMBRODT
KEVIN G. MCDONALD*
UJALA AFTAB*
EVAN J. HARRA*

April 13, 2018

Honorable Gerald J. Pappert
United States District Court
Eastern District of Pennsylvania

RE:   United States of America vs. CHARLESTINE COPLIN
      Philadelphia County – Docket #18-01179

Dear Judge Pappert:

Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about March 19, 2018. A copy of the summons and complaint were sent, along with a waiver of service, to Defendant on or about March 26, 2018. The Plaintiff has allowed 30 days for the waiver of service to be returned.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esquire
Attorney for Plaintiff
Tel: 215-825-6327
Fax: 215-825-6443
Email: rsolarz@kmllawgroup.com