UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                          Plaintiff<br>v.<br><br>CHARLESTINE COPLIN,<br>                          Defendant | No. 18-01179 |

**DEFAULT JUDGMENT**

AND NOW, this __15th__ day of __June__, 2018, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday, March 19, 2018 and, after due service of process on Defendant, CHARLESTINE COPLIN, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, CHARLESTINE COPLIN, in the amount of $11,154.32. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: June 15, 2018

                                              Kate Barkman
                                              Clerk, United States District Court
                                              EasternDistrict of Pennsylvania

                                  By:    s/ Terry Milano
                                              Deputy Clerk